UNITED STATES OF DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

# MINUTES

| Case Number | Date | Time | Place | Judge |
|---|---|---|---|---|
| 1:21-cv-1032 | 3/4/2022 | 2:37 PM - 2:53 PM | Grand Rapids | Jane M. Beckering |

## CASE CAPTION

| Plaintiff(s): | Defendant(s): |
|---|---|
| Billie Barrone | City of Grand Rapids, et al. |

## APPEARANCES

| Attorney: | Representing: |
|---|---|
| Christopher James Trainor (via phone) | Plaintiff(s) |
| Elizabeth J. Fossel (via phone)<br>Tobijah B. Koenig (via phone) | Defendant(s) |

## PROCEEDINGS

**NATURE OF HEARING:** Telephonic Rule 16 Scheduling Conference held; Case Management Order to issue.

Court Reporter: (not recorded)
Case Manager: Rick Wolters