UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

BILLIE BARRONE

    Plaintiff,

v.

CASE NO.: 21-cv-01032
HON: JANE M. BECKERING

CITY OF GRAND RAPIDS, and
MARK KONYNENBELT, in his individual and official capacities,

    Defendants.

| CHRISTOPHER TRAINOR & ASSOCIATES<br>CHRISTOPHER J. TRAINOR (P42449)<br>AMY J. DEROUIN (P70514)<br>JONATHAN A. ABENT (P78149)<br>Attorneys for Plaintiffs<br>9750 Highland Road<br>White Lake, MI  48386<br>(248) 886-8650<br>Amy.derouin@cjtrainor.com<br>Jon.abent@cjtrainor.com | CITY OF GRAND RAPIDS<br>ELIZABETH J. FOSSEL (P41430)<br>TOBIJAH B. KOENIG (P72367)<br>Attorneys for Defendants<br>350 Ottawa Avenue NW<br>Grand Rapids, MI 49503<br>616-456-3099<br>616-915-8375-cell<br>efossel@grand-rapids.mi.us |
|---|---|

## CERTIFICATE OF SERVICE

STATE OF MICHIGAN    )
                                )ss
COUNTY OF OAKLAND    )

    I, Lauren Purvis, being first duly sworn, deposes and says that on March 8, 2022, she did serve a copy of: **Plaintiff's First Set of Interrogatories to All Defendants** and **Plaintiff's First Request for Production of Documents to All Defendants** in the above entitled matter upon *Elizabeth J. Fossel, Esq.* to their stated business email address.  I declare that the statements contained above are true to the best of my information, knowledge and belief.

                                                        **/s/ Lauren Purvis**
                                                        Lauren Purvis