UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

BILLIE BARRONE

    Plaintiff,

v.

    CASE NO.: 21-cv-01032
    HON: JANE M. BECKERING

CITY OF GRAND RAPIDS, and
MARK KONYNENBELT, in his individual and official capacities,

    Defendants.

| CHRISTOPHER TRAINOR & ASSOCIATES<br>CHRISTOPHER J. TRAINOR (P42449)<br>AMY J. DEROUIN (P70514)<br>JONATHAN A. ABENT (P78149)<br>Attorneys for Plaintiffs<br>9750 Highland Road<br>White Lake, MI  48386<br>(248) 886-8650<br>Cristopher.trainor@cjtrainor.com<br>amy.derouin@cjtrainor.com<br>jon.abent@cjtrainor.com | CITY OF GRAND RAPIDS<br>ELIZABETH J. FOSSEL (P41430)<br>TOBY KOENIG (P72367)<br>Attorneys for Defendants<br>350 Ottawa Avenue NW<br>Grand Rapids, MI 49503<br>616-456-3099<br>efossel@grand-rapids.mi.us<br>tkoenig@grand-rapids.mi.us |
|---|---|

## CERTIFICATE OF SERVICE

    Alma Echeverria being first duly sworn, deposes and says that she is a Legal Secretary in the Office of the City Attorney, attorneys for Defendants herein, and that on April 1, 2022, she served a true and complete copy of ***Defendants, City of Grand Rapids and Mark Konynenbelt 26(a)(1)(A) Disclosures*** upon:

    Christopher Trainor
    Christopher Trainor & Associates
    9750 Highland Road
    White Lake, Michigan 48386
    christopher.trainor@cjtrainor.com
    shawn.cabot@cjtrainor.com
    krystina.doss@cjtrainor.com

Dated:  April 1, 2022                      */s/ Alma Echeverria     .*
                                                                   Alma Echeverria