UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

# MINUTES

| | |
|---|---|
| **Case No:** 1:21-cv-01032-JMB-RSK | |
| **Caption:**   Barrone v. Grand Rapids, City of et al | |

| **Date:** June 8, 2022 | **Time:** 1:36 - 2:15 p.m. | **Place:** Grand Rapids | **Magistrate Judge:** Hon. Ray Kent |
|---|---|---|---|

### APPEARANCES

| PARTY TYPE: | COUNSEL: | REPRESENTING: |
|---|---|---|
| PLAINTIFF: | Jonathan A. Abent | Billie Barrone |
| DEFENDANTS: | Elizabeth J. Fossel<br>Tobijah B. Koenig | City of Grand Rapids<br>Mark Konynenbelt |

### PROCEEDINGS

**NATURE OF HEARING:**

**EARLY SETTLEMENT CONFERENCE held.**

**The parties did not reach a settlement of the case.**

| Event | Time | Digitally recorded |
|---|---|---|
| Opening comments / remarks | 1:36 - 1:38 p.m. | Yes |
| Settlement discussions between Judge and parties | 1:38 - 2:15 p.m. | No |

Proceedings Not Digitally Recorded

Deputy Clerk: S. Carpenter