**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF MICHIGAN**

BILLIE BARRONE

     Plaintiff,

                                        CASE NO.: 21-cv-01032
v.                                HON: JANE M. BECKERING

CITY OF GRAND RAPIDS, and
MARK KONYNENBELT, in his individual and official capacities,

     Defendants.

| CHRISTOPHER TRAINOR & ASSOCIATES<br>CHRISTOPHER J. TRAINOR (P42449)<br>AMY J. DEROUIN (P70514)<br>JONATHAN A. ABENT (P78149)<br>Attorneys for Plaintiffs<br>9750 Highland Road<br>White Lake, MI  48386<br>(248) 886-8650<br>Amy.derouin@cjtrainor.com<br>Jon.abent@cjtrainor.com | CITY OF GRAND RAPIDS<br>ELIZABETH J. FOSSEL (P41430)<br>TOBIJAH B. KOENIG (P72367)<br>Attorneys for Defendants<br>350 Ottawa Avenue NW<br>Grand Rapids, MI 49503<br>616-456-3099<br>616-915-8375-cell<br>efossel@grand-rapids.mi.us |
| --- | --- |

**CERTIFICATE OF SERVICE**

STATE OF MICHIGAN      )
                          )ss
COUNTY OF OAKLAND    )

I, Emily Coric, being first duly sworn, deposes and says that on June 30, 2022, she did serve a copy of: **Plaintiff's Second Amended Initial Disclosures** in the above entitled matter upon *Elizabeth J. Fossel, Esq, and Tobijah B. Koenig, Esq.* to their stated business email address.  I declare that the statements contained above are true to the best of my information, knowledge and belief.

                                      **/s/ Emily Coric**
                                      Emily Coric