UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BILLIE BARRONE,

    Plaintiff,

v.

CITY OF GRAND RAPIDS, et al.,

    Defendants.

_____/

Case No. 1:21-cv-1032

HON. JANE M. BECKERING

**ORDER**

This Court having been informed through counsel of the parties' agreement to settle this matter:

**IT IS HEREBY ORDERED** that appropriate dismissal papers, prepared by counsel for entry by Jane M. Beckering, United States District Judge, shall be filed with the Court no later than November 7, 2022.

Dated:  October 6, 2022

  /s/ Jane M. Beckering
JANE M. BECKERING
United States District Judge