UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

BILLIE BARRONE

    Plaintiff,

v.

Case No.1:21-cv-01032
Hon. Jane M. Beckering

CITY OF GRAND RAPIDS, and
MARK KONYNENBELT, in his individual and official capacities,

    Defendants.

| CHRISTOPHER TRAINOR & ASSOCIATES<br>CHRISTOPHER J. TRAINOR (P42449)<br>AMY J. DEROUIN (P70514)<br>JONATHAN A. ABENT (P78149)<br>Attorneys for Plaintiff<br>9750 Highland Road<br>White Lake, MI  48386<br>(248) 886-8650<br>Cristopher.trainor@cjtrainor.com<br>amy.derouin@cjtrainor.com<br>jon.abent@cjtrainor.com | CITY OF GRAND RAPIDS<br>ELIZABETH J. FOSSEL (P41430)<br>TOBY KOENIG (P72367)<br>Attorneys for Defendants<br>350 Ottawa Avenue NW<br>Grand Rapids, MI 49503<br>616-456-3099<br>efossel@grand-rapids.mi.us<br>tkoenig@grand-rapids.mi.us |
|---|---|

## STIPULATION AND ORDER TO DISMISS

    NOW COME the parties, by and through their attorneys, and hereby stipulate to the dismissal of this action with prejudice and without costs or attorney's fees to any party.

AGREED AND STIPULATED TO:

Dated: 11/2/22

Amy J. Derouin (P70514)
Christopher Trainor & Associates
Attorneys for Plaintiff

Dated: 11/2/2022

*/s/ Elizabeth J. Fossel*
Elizabeth J. Fossel (P41430)
Director of Civil Litigation
Attorneys for Defendants

## ORDER OF DISMISSAL

At a session of said Court, held in the
United States District Court, Western District of Michigan,
on this __3rd__ day of __November__, 2022

**PRESENT: HON. JANE M. BECKERING,**
**United States District Court Judge**

THIS MATTER, having come before the Court based on the foregoing Stipulation, and the Court being otherwise fully advised in the premises,

NOW, THEREFORE, IT IS ORDERED that this action is dismissed with prejudice and without costs or attorneys fees to either party.

*This Order resolved all pending claims against Defendant and closes the case.*

/s/ Jane M. Beckering
Hon. Jane M. Beckering